ACCEPTED
03-15-00248-CV
7328349
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/12/2015 11:16:41 AM
JEFFREY D. KYLE
CLERK

## No. 03-15-00248-CV

_____

IN THE COURT OF APPEALS
THIRD JUDICIAL DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/12/2015 11:16:41 AM
JEFFREY D. KYLE
Clerk

_____

BRIGHAM EXPLORATION COMPANY, BEN M. BRIGHAM,
DAVID T. BRIGHAM, HAROLD D. CARTER, STEPHEN C. HURLEY,
STEPHEN P. REYNOLDS, HOBART A. SMITH, SCOTT W. TINKER,
STATOIL ASA, and FARGO ACQUISITION, INC.
*Appellants*,

vs.

RAYMOND BOYTIM, et al., INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,
*Appellees.*

_____

**APPELLEES' UNOPPOSED MOTION TO EXTEND TIME
FOR FILING ANSWERING BRIEFS**

_____

Appeal from the 261st Judicial District Court of Travis County, Texas
Trial Court No. D-1-GN-11-003205
The Honorable Lora Livingston, Presiding

_____

MICHAEL D. MARIN
State Bar No. 00791174
BOULETTE GOLDEN & MARIN L.L.P.
2801 Via Fortuna Drive, Suite 530
Austin, TX  78746
Telephone:  512/732-8900
512/732-8905 (fax)
mmarin@boulettegolden.com
*Liaison Counsel*

RANDALL J. BARON
DAVID T. WISSBROECKER
STEVEN M. JODLOWSKI
ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

SAMUEL H. RUDMAN
MARK S. REICH
MICHAEL G. CAPECI
ROBBINS GELLER RUDMAN
  & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

*Class Counsel for Appellees*

KENDALL LAW GROUP, LLP
JOE KENDALL
DANIEL HILL
JAMIE J. McKEY
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone: 214/744-3000
214/744-3015 (fax)

THE BRISCOE LAW FIRM, PLLC
WILLIE C. BRISCOE
8150 N. Central Expressway, Suite 1575
Dallas, TX 75206
Telephone: 214/239-4568
281/254-7789 (fax)

DUNNAN & DUNNAM LLP
HAMILTON LINDLEY
4125 West Waco Drive (76710)
P.O. Box 8418
Waco, TX 76714-8418
Telephone: 254/753-6437
254/753-7434 (fax)

BRODSKY & SMITH, LLC
EVAN J. SMITH
MARC ACKERMAN
Two Bala Plaza, Suite 602
Bala Cynwyd, PA 19004
Telephone: 610/667-6200
610/667-9029 (fax)

LEVI & KORSINSKY, LLP
SHANE T. ROWLEY
30 Broad Street, 24th Floor
New York, NY 10004
Telephone: 212/363-7500
866/367-6510 (fax)

KOHN, SWIFT & GRAF, P.C.
DENIS F. SHEILS
One South Broad Street, Suite 2100
Philadelphia, PA 19107-3389
Telephone: 215/238-1700
215/238-1968 (fax)

THE WEISER LAW FIRM, P.C.
PATRICIA C. WEISER
JAMES M. FICARO
22 Cassatt Avenue
Berwyn, PA 19312
Telephone: 610/225-2677
610/408-8062 (fax)

RYAN & MANISKAS, LLP
KATHARINE M. RYAN
RICHARD A. MANISKAS
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
Telephone: 484/588-5516
484/450-2582 (fax)

KELLY N. REDDELL
THE REDDELL FIRM PLLC
100 Highland Park Village, Suite 200
Dallas, Texas 75205
Telephone:  214/295-3031

***Additional Counsel for Appellees***

TO THE HONORABLE COURT OF APPEALS:

Pursuant to Rule 10.5 of the Texas Rules of Appellate Procedure, Hugh Duncan, Raymond Boytin, Howard Weissberg, Jeffery Whalen, Robert Fioravanti, Walter Schwimmer, and The Edward J. Goodman Life Income Trust and The Edward J. Goodman Generation Skipping Trust, Appellees in the above-entitled and numbered cause, request an extension of time within which to file their answering briefs. In support of this request, Appellees respectfully represent to the Court as follows:

1.      On April 27, 2015, Appellants filed a notice of appeal. Appellants filed two separate opening briefs on September 28, 2015.

2.      Pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, Appellees' answering briefs are currently due on October 19, 2015. Appellees seek a modest extension, until November 5, 2015, to file their briefs.

3.      No extension of time to file Appellees' briefs has previously been sought or granted.

4.      Good cause for the two-week extension exists for the following reasons. First, Appellees need additional time to prepare and file their briefs due to professional responsibilities to be discharged by the attorneys responsible for handling this action. The attorney primarily responsible for preparing Appellees'

answering briefs has multiple briefing deadlines in other matters during the last two weeks of October 2015.

5.      Second, beginning the week before Appellees' answering briefs are due, the offices of Appellees' lead counsel will begin an extensive, month-long renovation.  During the initial phase of the renovation, counsel responsible for preparing Appellees' answering briefs will be without an office and likely without access to many of the documents and files necessary to prepare the answering briefs.  The renovation will also displace and disrupt the support staff necessary to prepare the briefs for filing.

6.      Third, Appellants have filed two separate opening briefs raising different arguments.  Collectively, the briefs total 83 pages.  Moreover, the record on this class certification appeal spans more than 4,500 pages.  Counsel need more than the 20-day period prescribed by Rule 38.6 of the Texas Rules of Appellate Procedure to review the voluminous record, analyze Appellants' arguments, confer with co-counsel, and prepare and file Appellees' answering briefs.  Thus, an extension is warranted.

7.      Counsel for Appellees conferred with counsel for Appellants prior to filing this request.  Appellants do not oppose the extension requested.

8.      This motion is not for the purpose of delay.

Therefore, Appellees respectfully request that this motion be granted, and that the time within which they must file their answering briefs be extended to November 5, 2015.

DATED: October 12, 2015

Respectfully submitted,

BOULETTE GOLDEN & MARIN L.L.P.
MICHAEL D. MARIN
Texas Bar #00791174


*/s/ Michael D. Marin*
MICHAEL D. MARIN

2801 Via Fortuna Drive, Suite 530
Austin, TX 78746
Telephone: 512/732-8900
512/732-8905 (fax)

Liaison Counsel

ROBBINS GELLER RUDMAN
   & DOWD LLP
SAMUEL H. RUDMAN
MARK S. REICH
MICHAEL G. CAPECI
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

ROBBINS GELLER RUDMAN
   & DOWD LLP
RANDALL J. BARON
DAVID T. WISSBROECKER
STEVEN M. JODLOWSKI
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Class Counsel for Plaintiffs-Appellees

KENDALL LAW GROUP, LLP
JOE KENDALL
DANIEL HILL
JAMIE J. McKEY
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone: 214/744-3000
214/744-3015 (fax)

THE BRISCOE LAW FIRM, PLLC
WILLIE C. BRISCOE
8150 N. Central Expressway, Suite 1575
Dallas, TX 75206
Telephone: 214/239-4568
281/254-7789 (fax)

DUNNAN & DUNNAM LLP
HAMILTON LINDLEY
4125 West Waco Drive (76710)
P.O. Box 8418
Waco, TX 76714-8418
Telephone: 254/753-6437
254/753-7434 (fax)

BRODSKY & SMITH, LLC
EVAN J. SMITH
MARC ACKERMAN
Two Bala Plaza, Suite 602
Bala Cynwyd, PA 19004
Telephone: 610/667-6200
610/667-9029 (fax)

LEVI & KORSINSKY, LLP
SHANE T. ROWLEY
30 Broad Street, 24th Floor
New York, NY 10004
Telephone: 212/363-7500
866/367-6510 (fax)

KOHN, SWIFT & GRAF, P.C.
DENIS F. SHEILS
One South Broad Street, Suite 2100
Philadelphia, PA 19107-3389
Telephone: 215/238-1700
215/238-1968 (fax)

THE WEISER LAW FIRM, P.C.
PATRICIA C. WEISER
JAMES M. FICARO
22 Cassatt Avenue
Berwyn, PA 19312
Telephone: 610/225-2677
610/408-8062 (fax)

RYAN & MANISKAS, LLP
KATHARINE M. RYAN
RICHARD A. MANISKAS
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
Telephone: 484/588-5516
484/450-2582 (fax)

KELLY N. REDDELL
THE REDDELL FIRM PLLC
100 Highland Park Village, Suite 200
Dallas, Texas 75205
Telephone: 214/295-3031

Additional Counsel for Plaintiffs-Appellees

## CERTIFICATE OF CONFERENCE

I certify that we have conferred with counsel for Appellants, Debora Alsup, and obtained an agreement to the extension requested in this motion.

*/s/ Steven M. Jodlowski*
STEVEN M. JODLOWSKI

## CERTIFICATE OF COMPLIANCE

This brief complies with the typeface requirements of Tex. R. App. P. 9.4(e) because it has been prepared in a proportionally spaced typeface using Microsoft Word 14 points Times New Roman font (and 12 point for footnotes).

*/s/ Michael D. Marin*
MICHAEL D. MARIN

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served in accordance to the Texas Rules of Civil Procedure, to those listed on the attached service list, on this 12th day of October 2015.

*/s/ Michael D. Marin*
MICHAEL D. MARIN

## COUNSEL FOR DEFENDANT(S)

Timothy R. McCormick
Michael W. Stockham
Timothy E. Hudson
Thompson & Knight LLP
1722 Routh Street, Suite 1500
Dallas, TX  75201-2533
    Telephone:  214/969-1700
    214/969-1751 (fax)
    Email:
        timothy.mccormick@tklaw.com;
        michael.stockham@tklaw.com;
        tim.hudson@tklaw.com

Debora B. Alsup
Danley Cornyn
Thompson & Knight LLP
98 San Jacinto Blvd., Suite 1900
Austin, TX  78701
    Telephone:  512/469-6100
    512/469-6180 (fax)
    Email:  debora.alsup@tklaw.com;
        danley.cornyn@tklaw.com

Karl S. Stern
Michael C. Holmes
Vinson & Elkins L.L.P.
1001 Fannin Street, Suite 2500
Houston, TX 77002-6760
    Telephone:  713/758-2222
    713/758-2346 (fax)
    Email:  kstern@velaw.com;
    mholmes@velaw.com

Jennifer B. Poppe
Travis Wimberly
Vinson & Elkins, L.L.P.
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, TX 78746
    Telephone:  512/542-8400
    512/542-8612 (fax)
    Email:  jpoppe@velaw.com;
        twimberly@velaw.com

Thomas S. Leatherbury
Vinson & Elkins L.L.P.
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX  75201-2975
    Telephone:  214/220-7792
    214/999-7792
    Email:  tleatherbury@velaw.com

## COUNSEL FOR PLAINTIFF(S)

Michael D. Marin
Boulette Golden & Marin LLP
2801 Via Fortuna Drive, Suite 530
Austin, TX 78746
    Telephone:  512/732-8900
    512/732-8905 (fax)
    Email:
            mmarin@boulettegolde
        n.com

Shane T. Rowley
Levi & Korsinsky, LLP
30 Broad Street, 24th Floor
New York, NY  10004
    Telephone:  212/363-7500
    866/367-6510 (fax)
    Email:  srowley@zlk.com

Joe Kendall
Daniel Hill
Jamie J. McKey
Kendall Law Group, LLP
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
    Telephone:  214/744-3000
    214/744-3015 (fax)
Email:
        jkendall@kendalllawgroup.c
    om;
    dhill@kendalllawgroup.com;
    jmckey@kendalllawgroup.co
    m

Evan J. Smith
Marc L. Ackerman
Brodsky & Smith, LLC
Two Bala Plaza, Suite 602
Bala Cynwyd, PA 19004
    Telephone:  610/667-6200
    610/667-9029 (fax)
    Email:  esmith@brodsky-smith.com;
        mackerman@brodsky-
        smith.com

Hamilton Lindley
Dunnan & Dunnam LLP
4125 West Waco Drive (76710)
P.O. Box 8418
Waco, TX  76714-8418
    Telephone:  254/753-6437
    254/753-7434 (fax)
    Email: hlindley@dunnamlaw.com

Denis F. Sheils
Kohn, Swift & Graf, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107-3389
    Telephone:  215/238-1700
    215/238-1968 (fax)
    Email:  dsheils@kohnswift.com

BRIGHAM EXPLORATION
Service List – 10/12/2015   (11-0184)

Samuel H. Rudman
Mark S. Reich
Michael G. Capeci
Robbins Geller Rudman & Dowd
LLP
58 South Service Road, Suite 200
Melville, NY 11747
   Telephone:  631/367-7100
   631/367-1173 (fax)
   Email:  srudman@rgrdlaw.com;
        mreich@rgrdlaw.com;
        mcapeci@rgrdlaw.com

Randall J. Baron
David T. Wissbroecker
Steven M. Jodlowski
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
   Telephone:  619/231-1058
   619/231-7423 (fax)
   Email:  rbaron@rgrdlaw.com;
        dwissbroecker@rgrdlaw.com;
        sjodlowski@rgrdlaw.com

Patricia C. Weiser
James M. Ficaro
The Weiser Law Firm, P.C.
22 Cassatt Avenue
Berwyn, PA 19312
   Telephone:  610/225-2677
   610/408-8062 (fax)
   Email:  pw@weiserlawfirm.com;
        jmf@weiserlawfirm.com

Katharine M. Ryan
Richard A. Maniskas
Ryan & Maniskas, LLP
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
   Telephone:  484/588-5516
   484/450-2582 (fax)
   Email:  kryan@rmclasslaw.com;
        rmaniskas@rmclasslaw.com

Kelly N. Reddell
The Reddell Firm PLLC
100 Highland Park Village, Suite
200
Dallas, Texas 75205
   Telephone:  214/295-3031
   Email:  kelly@reddell-law.com

Willie C. Briscoe
The Briscoe Law Firm
8150 N. Central Expressway, Suite 1575
Dallas, TX 75206
   214/239-4568
   281/254-7789(Fax)
   Email:
        wbriscoe@thebriscoelawfirm.com